**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:26-cr-36-CAR-CHW-1** |
| **MICHAEL DEWAYNE OWENS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Michael Dewayne Owens's Unopposed Motion to Continue [Doc. 21] the pre-trial conference scheduled for September 29, 2026, and trial scheduled to begin on October 19, 2026, in Macon, Georgia, to the next available term of this Court. On August 12, 2026, the Grand Jury returned a one-count indictment charging Defendant with possession of a firearm by a convicted felon.[1] On August 20, 2026, Defendant was arrested, was appointed counsel, and pled not guilty at his arraignment.[2] On August 21, 2026, Defendant was ordered to be detained pending trial.[3] This case has not previously been continued, and the Government does not oppose this request for continuance.

---

[1] Doc. 1.

[2] Docs. 10-11.

[3] Doc. 15.

On August 28, 2026, defense counsel entered her appearance and filed a request for discovery from the Government.[4] Defense counsel represents the Government produced discovery on or about August 31, 2026, and the Parties worked to resolve discovery issues on September 1, 2026. Defense counsel represents additional time is needed to review discovery, consult with Defendant, conduct potential defense investigations, evaluate potential defenses, and prepare for future proceedings.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request to continue the trial. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Motion to Continue [Doc. 21], and **HEREBY ORDERS** that this case be continued until December 7, 2026, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 9th day of September, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[4] Docs. 17, 18.